AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

APPEARANCE

V.

CORNEZCO OSORIO

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for CORNEZCO OSORIO

I certify that I am admitted to practice in this court.

12-12-05

*Date*

*Signature*

[signature]

*Print Name* [illegible] D'Ambrosio — *Bar Number* 3581

*Address* 60 Pl[illegible] St

*City* Providence — *State* RI — *Zip Code* 02907

*Phone Number* 401-709-4617 — *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.